IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01771-MSK-CBS

GREENWICH INSURANCE COMPANY,

    Plaintiff,

v.

MIDGETT BROTHERS INC. d/b/a MIDGETT REALTY,
MIDGETT REALTY, INC., and
TIMOTHY MIDGETT,

    Defendants,

and

MDM GROUP ASSOCIATES, INC.,

    Necessary Party.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Amended Answer (*doc. #20)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, MDM's Amended Answer to Complaint for Declaratory Judgment (*doc no. 21*) tendered to the court on December 16, 2008.

**DATED:**    December 22, 2008